

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

The State of Texas, Appellant

No. 06-24-00013-CV       v.

Five "Lonestar Skill Machines" and
$2,867.85 in United States Currency,
Appellees

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. CV-23-
46347).   Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.  Chief Justice Stevens dissenting
without opinion.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, the State of Texas, pay all costs incurred by reason of this appeal.

RENDERED APRIL 30, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk